# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                            Case No.: 1:13–cr–00312
                                                Honorable Matthew F. Kennelly

Edward J Novak, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 24, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: The motion to quash subpoena as to witness Linda Consolo (609–1 & 2) is granted in part; the subpoena is quashed except as to requests 4 through 6. The motion is otherwise denied. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.